Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DAWA JAN KOCHAI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWA JAN KOCHAI<br><br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 2:17-cv-00690-CKD<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(SECOND REQUEST) |

    Plaintiff Dawa Jan Kochai and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 21 days from October 10, 2017 to October 31, 2017 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request. Counsel intended to do this motion over the weekend; however, the Orange County Fires intervened and counsel is back to work today but is not able to complete this timely. Counsel

respectfully requests two weeks as she has two opening briefs due today and several joint stipulations waiting in the wings. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel makes this request in good faith and asks the court's mercy for delays caused.

DATE: October 10, 2017     Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Dawa Jan Kochai

DATE: October 10, 2017     PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Richard Rodriguez*

BY: _____
Richard Rodriguez
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 24, 2017, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the April 3, 2017 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

Dated: October 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE